FISHKIN ET AL. *v.* UNITED STATES CIVIL
SERVICE COMMISSION ET AL.

No. 681.  Decided January 12, 1970

*Thomas C. Lynch,* Attorney General of California,
and *Richard L. Mayers,* Deputy Attorney General, for
appellant the State of California.

*Solicitor General Griswold, Assistant Attorney General
Ruckelshaus,* and *Alan S. Rosenthal* for appellees.

PER CURIAM.

The appeal is dismissed for failure to docket the case
within the time prescribed by Rule 13.

MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of
the opinion that probable jurisdiction should be noted.

BONOMO ET AL. *v.* JONES

No. 662.  Decided January 12, 1970

*Robert E. Dauer* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is
dismissed for want of jurisdiction.  Treating the papers
whereon the appeal was taken as a petition for a writ of
certiorari, certiorari is denied.